# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Lexstar Construction, LLC, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| AGCS Marine Insurance Company, a foreign insurance company, | ) | Case No. 1:16-cv-423 |
| Defendant. | ) | |

The court conducted a status conference in the above-entitled action on January 3, 2018. Pursuant to it discussion with the parties, the court **AMENDS** the scheduling order as follows:

The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

      a.    Plaintiff expert disclosures by February 1, 2018.

      b.    Defendant's expert disclosures by April 1, 2018.

      c.    Rebuttal expert disclosures by May 1, 2018.

(Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records. Reports will be served on other parties, but not filed with the court.)

**IT IS SO ORDERED.**

Dated this 3rd day of January, 2018.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court