Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Lexstar Construction, LLC,

        Plaintiff,

v.

AGCS Marine Insurance Company, a foreign insurance company,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   1:16-cv-423

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Court's Order dated August 16, 2019, Allianz's motion for summary judgment is GRANTED and Lexstar's complaint is DISMISSED WITH PREJUDICE.

Date: August 16, 2019

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Carla Schultz, Deputy Clerk*